IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| ZIONS BANCORPORATION, N.A.<br><br>    Plaintiff,<br>v.<br>EQUITY BANK,<br><br>    Defendants. | CIVIL ACTION NO. 6:20-CV-01214 |

## JOINT NOTICE OF MEDIATION

Pursuant to the Court's Phase I Scheduling Order, the parties hereby advise that they have scheduled a mediation to take place on April 8, 2021, at 9:00 a.m. (CST), by video conference, with the following mediator:

> W. Jerry Hoover
> 16010 Barkers Point Lane, Ste. 600
> Houston, TX   77079-9000
> (713) 622-0650
> JerryHoover@ADRtexas.com

Respectfully submitted:

| | |
|---|---|
| **CLARK HILL PLC** | **STINSON LLP** |
| By: /s/ *Phillip W. Pemberton*<br>    PHILLIP W. PEMBERTON<br>    Kansas State Bar No. 25920<br>    PPemberton@clarkhill.com<br>    CLARK HILL STRASBURGER<br>    2600 Dallas Parkway, Suite 600<br>    Frisco, Texas 75034<br>    Telephone:   (469) 287-3956<br>    Facsimile:   (469) 227-6596 | By: /s/ *Brian E. Sobczyk*<br>    Brian E. Sobczyk, KS 21046<br>    1201 Walnut, Suite 2900<br>    Kansas City, Missouri 64106<br>    Telephone: (816) 842-8600<br>    Facsimile: (816) 691-3495<br>    brian.sobczyk@stinson.com<br><br>**ATTORNEY FOR DEFENDANT** |

*-and-*

    JASON M. MEDLEY (Pro Hac Vice)
    Texas State Bar No. 24013153

JMedley@clarkhill.com
TREVOR HALL (Pro Hac Vice)
Texas State Bar No. 24078617
THall@clarkhill.com
CLARK HILL STRASBURGER
909 Fannin, Suite 2300
Houston, Texas 77010
Telephone: (713)951-5600
Facsimile:   (713) 951-5660

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of March 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian E. Sobczyk*
Attorney for Defendant